# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NCS MULTISTAGE INC., | ) |
|     *Plaintiff*, | ) CASE NO. 6:20-cv-00622 |
| v. | ) |
| TCO AS, TCO PRODUCTS INC., ARSENAL INC., | ) |
|     *Defendant*. | ) |

## UNOPPOSED MOTION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT

Defendant Arsenal Inc., through undersigned counsel, files this unopposed motion for extension of time to answer or otherwise respond to Plaintiff NCS Multistage Inc.'s Complaint. The deadline is currently set is August 5, 2020. Defendant seeks a 30-day extension on the current deadline, causing the new deadline to be set on September 4, 2020. Plaintiff does not oppose this extension of time.

Dated: August 4, 2020

Respectfully submitted,

*/s/ John D. Holman*
John D. Holman
TX Bar No. 24082232
**MATTHEWS, LAWSON, MCCUTCHEON, AND JOSEPH, PLLC**
2000 Bering Dr., Suite 700
Houston, Texas 77057
TEL: 713-355-4200
FAX: 713-355-9689
jholman@matthewsfirm.com

***Attorney for Defendant Arsenal Inc.***

1

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 29, 2020, I conferred via email with counsel for Plaintiff regarding the relief requested herein. Plaintiff's counsel confirmed that Plaintiff does not oppose a thirty day extension of time.

*/s/ John D. Holman*
John D. Holman

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was filed on this 4th day August, 2020, pursuant to the electronic filing requirements of the United States District Court for the Western District of Texas, and served via CM/ECF on Plaintiff's counsel of record.

*/s/ John D. Holman*
John D. Holman