IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NCS MULTISTAGE INC.,<br>NCS MULTISTAGE, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>TCO AS,<br><br>            Defendant. | Civil Action No. 6:20-cv-00622-ADA<br><br>JURY TRIAL |

## JUDGMENT

This action came before the Court for a jury trial commencing on August 22, 2022, between Plaintiffs NCS Multistage Inc. and NCS Multistage LLC ("NCS") and Defendant TCO AS ("TCO AS"). The issues have been tried and the jury rendered its unanimous verdict on August 26, 2022 (ECF No. 288). In accordance with the jury's unanimous verdict, it is hereby **ORDERED** and **ADJUDGED** that:

1. TCO AS has induced infringement of Claims 28 and 29 of U.S. Patent No. 10,465,445 (the "'445 Patent");

2. TCO AS has contributed to infringement of Claims 28 and 29 of the '445 Patent;

3. Claims 28 and 29 of the '445 Patent are not invalid; and

4. NCS should be awarded $1,928,400 in damages for TCO AS's infringement of the '445 Patent.

This is a **FINAL JUDGMENT.**

SIGNED this 2nd day of February, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE